IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DOROTHY FULTON                                                                          PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 2:05CV-95-P-B

BAXTER HEALTHCARE
CORPORATION and
MISSISSIPPI DEPARTMENT
OF EMPLOYMENT SECURITY                                                           DEFENDANTS

**ORDER**

This cause is before the Court on the defendant Baxter Healthcare Corporation's Motion to Strike Plaintiff's Objection [10]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted for the reasons articulated in the defendant's motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Objection to defendant's Motion to Dismiss should be, and hereby is, STRICKEN.

SO ORDERED, this the 18th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE