IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DOROTHY FULTON                                                                                    PLAINTIFF

VERSUS                                                                       CIVIL ACTION NO. 2:05CV-95-P-B

BAXTER HEALTHCARE
CORPORATION and
MISSISSIPPI DEPARTMENT
OF EMPLOYMENT SECURITY                                                                        DEFENDANTS

## ORDER

This cause is before the Court on the defendant Baxter Healthcare Corporation's Motion to Dismiss [4]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Baxter Healthcare Corporation's Motion to Dismiss [4] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that this cause should be and hereby is, DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 18th day of November, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE